# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN VADNAIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASSET ACCEPTANCE, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:14-CV-00544-AWI-GSA<br><br>**ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE TO JANUARY 5, 2015**<br><br>(Doc. 12) |

Pursuant to the Stipulation of the Parties filed as Doc. 12, and for good cause shown, the non-expert discovery deadline is extended from December 5, 2014 to January 5, 2015.

IT IS SO ORDERED.

Dated:   **November 26, 2014**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE