Octavio Cardona-Loya II, Esq. SBN 255309
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN VADNAIS, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:14−CV−00544−AWI−GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

　　Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss entire action with prejudice.  This dismissal will completely resolve all of Plaintiff's claims that were filed in this action against all Defendants.

　　Date:  March 4, 2015　　　　/s/ Octavio Cardona-Loya II_____
　　　　　　　　　　　　　　　Octavio Cardona-Loya II,
　　　　　　　　　　　　　　　Attorney for Plaintiff RYAN VADNAIS
　　　　　　　　　　　　　　　Email: Vito@GoldenCardona.com

　　Date:  March 4, 2015　　　　/s/Ashley R. Fickel_____
　　　　　　　　　　　　　　　Ashley R. Fickel,
　　　　　　　　　　　　　　　Attorney for Defendant ASSET ACCEPTANCE, LLC
　　　　　　　　　　　　　　　Email:AFickel@Dykema.com

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN VADNAIS, an individual, | Case No.: 1:14−CV−00544−AWI−GSA |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL OF ACTION** |
| v. | |
| ASSET ACCEPTANCE, LLC, a limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Good cause appearing and based on the parties' stipulation for dismissal, the above-captioned action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:  March 9, 2015              _____
                                                                SENIOR DISTRICT JUDGE

2